IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| JAMES J. O'CONNOR and | ) Case No. 16 B 37297 |
| LATESE K. SULLIVAN | ) Hon. TIMOTHY A. BARNES |
| | ) Chapter 7 |
| Debtor | ) |

**CERTIFICATE OF SERVICE**

PLEASE TAKE NOTICE, that I , Allan J. DeMars, trustee in bankruptcy, pursuant to Local Rule 2002-2, on June 1, 2017 either mailed a copy of the Notice of Final Report (NFR) to the following or served through the court's Electronic Filing System:

The Semrad Law Firm
Yisroel Y. Moskovits
Janna Quarless
imoskovits@semradlaw.com
jquarless@semradlaw.com

Patrick S. Layng
USTPRegion11.ES.ECF@usdoj.gov

Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

American Honda Finance by
 American InfoSource LP as agent
PO Box 248838
Oklahoma City, OK 73124-8838

Direct TV
by  American InfoSource LP as agent
PO Box 5008
Carol Stream, IL 60197-5008

US Dept of Education
PO Box 69184
Hrrisburg, PA 17106-9184

Portfolio Recovery Assoc.
PO Box 41067
Norfolk, VA 23541

                                                    /s/ Allan J. DeMars
                                                    Trustee in Bankruptcy