# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: JAMES J. O'CONNOR and LATESE K. SULLIVAN

Case No. 16-37297
Hon. TIMOTHY A. BARNES
Chapter 7

Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $261,474.74 | Assets Exempt: | $109,251.00 |
| Total Distributions to Claimants: | $15,692.94 | Claims Discharged Without Payment: | $566,449.16 |
| Total Expenses of Administration: | $2,721.82 | | |

3) Total gross receipts of $33,414.76 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $15,000.00 (see **Exhibit 2**), yielded net receipts of $18,414.76 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $222,201.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $2,721.82 | $2,721.82 | $2,721.82 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $337,414.70 | $106,526.40 | $106,526.40 | $15,692.94 |
| **TOTAL DISBURSEMENTS** | $559,615.70 | $109,248.22 | $109,248.22 | $18,414.76 |

4) This case was originally filed under chapter 7 on 11/23/2016.
The case was pending for 8 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/14/2017                    By: /s/ ALLAN J. DeMARS
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| proceeds from p.i. case | 1142-000 | $26,050.00 |
| federal tax refund | 1124-000 | $7,364.76 |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $33,414.76 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Latese Sullivan | personal injury exemption | 8100-002 | $15,000.00 |
|  |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $15,000.00 |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | 3 SCHEDULED WITH NO CLAIM |  | $222,201.00 | $0.00 | $0.00 | $0.00 |
|  |  |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $222,201.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Associated Bank | 2600-000 | N/A | $95.52 | $95.52 | $95.52 |
| International Sureties Ltd | 2300-000 | N/A | $16.02 | $16.02 | $16.02 |
| Allan J. DeMars | 2100-000 | N/A | $2,591.48 | $2,591.48 | $2,591.48 |
| Allan J. DeMars | 2200-000 | N/A | $18.80 | $18.80 | $18.80 |
| | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $2,721.82 | $2,721.82 | $2,721.82 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | $0.00 | $0.00 | $0.00 |
| | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NONE | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | LVNV Funding | 7100-900 | $893.00 | $1,257.68 | $1,257.68 | $185.28 |
| 2 | America Honda Finance | 7100-000 | $0.00 | $20,665.11 | $20,665.11 | $3,044.28 |
| 3 | Direct TV | 7100-000 | $0.00 | $686.07 | $686.07 | $101.07 |
| 4 | US Dept of Education | 7100-000 | $82,710.00 | $83,520.23 | $83,520.23 | $12,303.78 |
| 5 | Portfolio Recovery Assoc | 7100-900 | $397.00 | $397.31 | $397.31 | $58.53 |

UST Form 101-7-TDR (10/1/2010)

|  | 60 SCHEDULED WITH NO CLAIM FILED | $253,414.70 | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | | $337,414.70 | $106,526.40 | $106,526.40 | $15,692.94 |

UST Form 101-7-TDR (10/1/2010)

EXHIBIT "8"   FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No.  16-37297                                                                                      Trustee Name:  Allan J. DeMars

Case Name:  JAMES J. O'CONNOR and LATESE K. SULLIVAN                         Date Filed (f) or Converted (c):  11/23/16(f)

For Period Ending:  3/31/18                                                                          §341(a) Meeting Date:  12/20/16

                                                                                                                     Claims Bar Date:  3/23/17; govt 5/22/17

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** Ref # | | **Petition/ Unscheduled Values** | **Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA=§ 554(a) abandon** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | residence at 322 Clayton Road Hillside, IL | 164,000.00 | 0.00 | | | FA |
| 2 | 2013 Ford Explorer | 14,409.00 | 0.00 | | | FA |
| 3 | 2014 Acura TL | 16,684.00 | 0.00 | | | FA |
| 4 | household goods & furnishings | 2,000.00 | 0.00 | | | FA |
| 5 | electronics | 1,000.00 | 0.00 | | | FA |
| 6 | clothing | 1,000.00 | 0.00 | | | FA |
| 7 | wedding bands | 1,000.00 | 0.00 | | | FA |
| 8 | Chase checking acct | 1,000.00 | 0.00 | | | FA |
| 9 | Bank of America ck acct | 750.00 | 0.00 | | | FA |
| 10 | Bank of America ck acct | 45.00 | 0.00 | | | FA |
| 11 | Bank of Amer bus. acct | 0.00 | 0.00 | | | FA |
| 12 | Chase savings acct | 0.00 | 0.00 | | | FA |
| 13 | Roth IRA | 5,000.00 | 0.00 | | | FA |
| 14 | 401K | 70,000.00 | 0.00 | | | FA |
| 15 | anticipated tax refunds | 10,152.50 | 7,364.76 | | 7,364.76 | FA |
| 16 | 4 whole life ins policies cash surrender | 100.00 | 0.00 | | | FA |
| 17 | personal injury claim | 100,000.00 | 11,050.00 | | 26,050.00 | FA |
| 18 | office equipment | 2,000.00 | 0.00 | | | FA |

TOTALS (Excluding unknown values)                                              18,414.76                                     33,414.76

                                                                                                                                (Total Dollar Amount in Column 6)

EXHIBIT "9" — **FORM 2**

**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 16-37297  
Case Name: JAMES J. OCONNOR and LATESE K. SULLIVAN  
Taxpayer ID#: xxxxxx0684  
For Period Ending: 3/31/18  

Trustee's Name: Allan J. DeMars  
Bank Name: Associated Bank  
Initial CD #: CDI  
Blanket bond (per case limit): 5,000,000  
Separate bond (if applicable):  
Checking acct#: xxxxxx1348

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement | Checking Acct Balance |
| 2/3/17 | Ref 17 | Collison Law Offices | net proceeds of p.i. case settled pre-filing | 1142-000 | 26,050.00 | | 26,050.00 |
| 2/6/17 | | Associated Bank/ Deluxe | check printing | 2600-000 | | 50.52 | 25,999.48 |
| 2/7/17 | Check 1001 | International Sureties, Ltd. | bond premium | 2300-000 | | 16.02 | 25,983.46 |
| 2/14/17 | | Associated Bank | bank service charge | 2600-000 | | 15.00 | 25,968.46 |
| 3/14/17 | | Associated Bank | bank service charge | 2600-000 | | 15.00 | 25,953.46 |
| 4/14/17 | Ref 15 | from debtors | turnover of non-exempt pro-rated federal tax refund | 1124-000 | 7,364.76 | | 33,318.22 |
| 4/14/17 | Check 1002 | Latese Sullivan | personal injury exemption | 8100-002 | | 15,000.00 | 18,318.22 |
| 4/14/17 | | Associated Bank | bank service charge | 2600-000 | | 15.00 | 18,303.22 |
| 5/12/17 | | Associated Bank | bank service charge | 2600-000 | | 15.00 | 18,288.22 |
| 5/12/17 | | Associated Bank | reversal of bank service charge | 2600-000 | | (15.00) | 18,303.22 |
| 6/27/17 | Check 1003 | Allan J. DeMars | trustee's fees | 2100-000 | | 2,591.48 | 15,711.74 |
| 6/27/17 | Check 1004 | Allan J. DeMars | expenses | 2200-000 | | 18.80 | 15,692.94 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement | Checking Acct Balance |
| 6/27/17 | Check 1005 | LVNV Funding, assignee of FNBM, LLC | 726(a)(2);14.7315% | 7100-900 | | 185.28 | 15,507.66 |
| 6/27/17 | Check 1006 | American Honda Finance | 726(a)(2);14.7315% | 7100-000 | | 3,044.28 | 12,463.38 |
| 6/27/17 | Check 1007 | DirectTV, LLC | 726(a)(2);14.7315% | 7100-000 | | 101.07 | 12,362.31 |
| 6/27/17 | Check 1008 | US Dept of Education | 726(a)(2);14.7315% | 7100-000 | | 12,303.78 | 58.53 |
| 6/27/17 | Check 1009 | Portfolio Recovery Assoc. | 726(a)(2);14.7315% | 7100-900 | | 58.53 | 0.00 |
| | | | | COLUMN TOTALS | 33,414.76 | 33,414.76 | 0.00 |

```
                       Less: Payments to debtor(s)   15,000      15,000
                       Net                           18,414.76   18,414.76    0.00

                                                                NET
TOTAL - ALL ACCOUNTS                     NET DEPOSITS    DISBURSEMENTS    BALANCES
Checking# xxxxxx1348                     18,414.76       18,414.76        0.00

Net                                      18,414.76       18,414.76        0.00
```